February 12, 2010

Mr. Clay T. Grover
Feldman Rogers Morris & Grover, LLP
5718 Westheimer, Suite 1200
Houston, TX 77057
Mr. Syd Phillips
Attorney at Law
1155 Dairy Ashford, Suite 104
Houston, TX 77079

RE: Case Number: 09-0195
 Court of Appeals Number: 14-08-00271-CV
 Trial Court Number: 06-1011

Style: GALVESTON INDEPENDENT SCHOOL DISTRICT
 v.
 BRENT JACO

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@courts.state.tx.us or call (512)463-1312 ext. 41367.
(Justice Guzman not sitting)

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosure
|cc:|Mr. Christopher A. |
| |Prine |
| |Ms. Latonia Renee |
| |Wilson |